UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :
MAMADOU BOCOUM NDOYE,                           :
                                                :
                          Petitioner,           :
                                                :              25-CV-8856 (VSB)
             -against-                          :
                                                :              **ORDER TO ANSWER**
WILLIAM P. JOYCE, IN HIS OFFICAL               :              **28 U.S.C. § 2241**
CAPACITY AS DEPUTY FIELD OFFICE                 :
DIRECTOR OF NEW YORK,                           :
IMMIGRATION AND CUSTOMS                         :
ENFORCEMENT; KRISTI NOEM, IN HER               :
OFFICIAL CAPACITY AS SECRETARY OF              :
HOMELAND SECURITY; AND PAMELA                   :
BONDI, IN HER OFFICIAL CAPACITY AS             :
ATTORNEY GENERAL OF THE UNITED                 :
STATES                                          :
                                                :
                          Respondents.  :
                                                :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

Petitioner, who is detained in the Orange County Correctional Facility, brings this petition

for a writ of *habeas* corpus under 28 U.S.C. § 2241.  The petition was filed on Petitioner's behalf

on October 25, 2025 by Charisse Smith Ndoye, Petitioner's wife.[1]

The Court, having examined the Section 2241 petition, hereby ORDERS that:

---

[1] A petition for a writ of *habeas corpus* may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf."  28 U.S.C. § 2242.

1. Respondent shall file an opposition by October 30, 2025 as to why the petition for a writ of habeas corpus should not be granted.

2. Petitioner shall have the opportunity to reply by November 3, 2025.

3. This matter shall be heard by the Court on November 4, 2025 at 10:00 a.m. in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.  Respondent shall produce Petitioner at this hearing.

4. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.[2]

5. Petitioner shall not be transferred except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this court in light of Petitioner's interests in participating in further proceedings before this Court and maintaining adequate access to legal counsel through these proceedings.[3]

6. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has issued at the following email address: jeffrey.oestericher@usdoj.gov.

SO ORDERED.

Dated:      October 27, 2025
            New York, New York

_____
Vernon S. Broderick
United States District Judge

---

[2] *See Kuprashvili v. Flanagan*, No. 25 Civ. 5268, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the status quo).

[3] *See Samb v. Joyce*, No. 25-cv-6373 (S.D.N.Y. Aug. 4, 2025) (Doc. 3) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).