UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                :

MAMADOU BOCOUM NDOYE,        :
                                :

               Petitioner,      :

                                :             25-CV-8856 (VSB)

           -against-        :

                                :              **ORDER**

WILLIAM P. JOYCE, IN HIS OFFICAL  :
CAPACITY AS DEPUTY FIELD OFFICE  :
DIRECTOR OF NEW YORK,         :
IMMIGRATION AND CUSTOMS       :
ENFORCEMENT; KRISTI NOEM, IN HER :
OFFICIAL CAPACITY AS SECRETARY OF :
HOMELAND SECURITY; AND PAMELA  :
BONDI, IN HER OFFICIAL CAPACITY AS :
ATTORNEY GENERAL OF THE UNITED :
STATES                              :
                                :

              Respondents. :
                                :
------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Petitioner, who is proceeding *pro se*, brings this petition for a writ of habeas corpus under

28 U.S.C. § 2241.  (Doc. 1.)  The petition was filed on Petitioner's behalf on October 25, 2025

by Charisse Smith Ndoye, Petitioner's wife.  A petition for a writ of habeas corpus may be

brought either "by the person for whose relief it is intended or by someone acting in his [or her]

behalf."  28 U.S.C. § 2242.  The filing party was not responsive to the Government's recent

outreach regarding an extension request.  (Doc. 11.)  A hearing is currently scheduled for 10:00

a.m. on November 13, 2025, in Courtroom 518, 40 Centre Street, New York, NY 10007.  (Doc.

12.)  The Clerk of Court is respectfully directed to transmit a copy of the order setting the

hearing date, (Doc. 12), and of this order, (Doc. 13), to Petitioner's next friend at the following email address, which was used to file the petition: liv.veazey@gmail.com.

 If the filing party seeks electronic filing privileges, she must fill out the Consent to Electronic Service Form, which is available on the webpage titled *Representing Yourself in Federal Court (Pro Se)* on the Southern District of New York's website,

https://nysd.uscourts.gov/prose.

SO ORDERED.

Dated: November 7, 2025
  New York, New York

Vernon S. Broderick
United States District Judge